UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
San Antonio Division

| | |
|---|---|
| SANDRA RIOS, | Case No.: 5:18-cv-01112 |
| Plaintiffs, | |
| v. | Chief Judge Fred Biery |
| | Magistrate Judge Elizabeth S. Chestney |
| CAPITAL ONE BANK (USA) N.A., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

Plaintiff SANDRA RIOS notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 8th day of April 2019.

By: */s/ Alyson Dykes*
Alyson Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA  92880
T: (657) 500-4317
F: (657) 227-0270
E: AlysonD@jolohman.com

NOTICE OF SETTLEMENT

- 1 -

**CERTIFICATE OF SERVICE**

I certify that on April 8, 2019 I filed Plaintiff SANDRA RIOS' Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Russell G. Herman
Texas Bar No. 24083169
LYNN PINKER COX & HURST, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839
Email: rherman@lynnllp.com
ATTORNEY TO BE NOTICED

Kent Davis Krabill
Lynn Pinker Cox & Hurst, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
214-981-3800
Fax: 214-981-3839
Email: kkrabill@lynnllp.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

By: */s/ Alyson Dykes*
Alyson Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA  92880
T: (657) 500-4317
F: (657) 227-0270
E: AlysonD@jolohman.com
Attorney for Plaintiff, SANDRA RIOS