UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
San Antonio Division

| | |
|---|---|
| SANDRA RIOS, <br>      Plaintiff, <br><br> v. <br><br> CAPITAL ONE BANK (USA), N.A., <br>      Defendant. | Case No.: 5:18-cv-01112 <br><br> *ELECTRONICALLY FILED* |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Sandra Rios ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

*s/Russell G. Herman (with permission)*
Russell G. Herman
Texas Bar No. 24083169
LYNN PINKER COX & HURST, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839
Email: rherman@lynnllp.com
*COUNSEL FOR DEFENDANT*

Kent Davis Krabill
Lynn Pinker Cox & Hurst, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
214-981-3800
Fax: 214-981-3839
Email: kkrabill@lynnllp.com
*COUNSEL FOR DEFENDANT*

*s/ Alyson J. Dykes*
Alyson J. Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
Tel: (657) 500-4317
Fax. (657) 227-0270
E: AlysonD@jlohman.com
*COUNSEL FOR PLAINTIFF*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**San Antonio Division**

| | |
|---|---|
| SANDRA RIOS, <br>     Plaintiff, <br><br> v. <br><br> CAPITAL ONE BANK (USA), N.A., <br>     Defendants. | Case No: 5:18-cv-01112 <br><br> **[PROPOSED] ORDER OF DISMISSAL** |

## [PROPOSED] ORDER OF DISMISSAL

Plaintiff, Sandra Rios ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Notice of Settlement and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claim against Defendant are DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

SO ORDERED.

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Russell G. Herman
Texas Bar No. 24083169
LYNN PINKER COX & HURST, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839
Email: rherman@lynnllp.com
*COUNSEL FOR DEFENDANT*

Kent Davis Krabill
Lynn Pinker Cox & Hurst, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
214-981-3800
Fax: 214-981-3839
Email: kkrabill@lynnllp.com
*COUNSEL FOR DEFENDANT*

*s/ Alyson J. Dykes*
Alyson J. Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
Tel: (657) 500-4317
Fax. (657) 227-0270
E: AlysonD@jlohman.com
*COUNSEL FOR PLAINTIFF*